UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARA FATTY,

               Plaintiff(s),

      v.

MS "ER PERTH," et al.,

               Defendant(s).

NO. C06-258-P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

IT IS HEREBY ORDERED that, by no later than June 16, 2006, Defendants must either provide the answers Interrogatory No. 16 or show good cause for failing to do so.

IT IS FURTHER ORDERED that, if Plaintiff wishes an extension of the deadline to add parties, the Court will entertain a motion to do so upon a showing of good cause for the extension.

Filed this 8th day of June, 2006.

BRUCE RIFKIN, Clerk

By     /s Mary Duett
        Deputy Clerk

MINUTE ORDER